# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Smart Communications Holding, Inc., :
                  Petitioner :
                             :
            v. :  No. 80 C.D. 2019
                             :
Bruce Wishnefsky, :
               Respondent :

**PER CURIAM**              **O R D E R**

    **NOW**, September 16, 2020, the "Application for Relief – Request to Report Unreported Opinion" filed by Respondent Bruce Wishnefsky, to which no response was filed, is GRANTED. The above-captioned Memorandum Opinion, filed July 6, 2020, shall be designated OPINION and shall be REPORTED.